Belknap
No. 6604

STATE OF NEW HAMPSHIRE V. LEO F. BALSAVICH

STATE OF NEW HAMPSHIRE V. ROLAND G. FLEURY

February 9, 1973

*Warren B. Rudman,* attorney general, and *W. Michael Dunn,* assistant attorney general (*Mr. Dunn* orally), for the State.

*Ronald L. Snow* and *Roger B. Phillips* (*Mr. Snow* orally) for the defendants.

PER CURIAM. The issue of the validity of a writ of prohibition negating an order of the Laconia District Court was transferred without ruling to this court by *Loughlin,* J. The district court order required the State to produce for interview by defendants' counsel material witnesses held in protective custody.

54

We hold that defendants' counsel have a right to talk with the persons held as material witnesses under such safeguards and conditions as may be prescribed by the court. *Commonwealth v. Balliro,* 349 Mass. 505, 209 N.E.2d 308 (1965); Annot., 14 A.L.R.3d 652 (1967).

*Remanded.*